

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*

July 17, 2008



RECEIVED
JUL 17 2008

**BY FACSIMILE**

The Honorable Robert W. Sweet
United States District Judge
500 Pearl St., Room 1920
New York, NY 10007
Fax: (212) 805-7925

Re:     *Erdheim v. Commissioner of Internal Revenue*, 07 Civ. 8415 (RWS)(DFE)

Dear Judge Sweet:

This Office represents the Commissioner of Internal Revenue (the "IRS"), the defendant in the above-referenced civil action. I write to respectively request an extension of the time for the IRS to respond from July 18, 2008 to September 19, 2008. Mr. Erdheim consents to this request.

The IRS and *pro se* plaintiff, Mr. Michael Erdheim, have continued negotiations of a possible resolution of this action. Presently, it appears that the parties' ability to reach a compromise hinges on two issues. The parties intend to use the additional time to reach a resolution of this matter or, failing that, to agree upon a briefing schedule for litigating Mr. Erdheim's claims.

This is the sixth request for an extension in this action. As no scheduling order has been entered, granting this request for an extension will not have an effect on any other deadline in this action. I thank the Court for its consideration of this request.

*So ordered*
*B. Sweet*
*USDJ*
*7.23-08*

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: _____
LI YU
Assistant United States Attorney
Telephone: (212)637-2734
Facsimile: (212)637-2686

cc:     Michael Erdheim (By Federal Express)
        1360 York Avenue, Apt. 6F
        New York, NY 10021
        *Pro Se*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/24/08